IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI LEITING-HALL, individually and on behalf of herself and all others similarly situated, et. al; <br><br> Plaintiffs, <br><br> vs. <br><br> KERRY WINTERER, et. al; <br><br> Defendants. | **4:14CV3155** <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to permit Attorney Michael J. Rumbaugh to withdraw as counsel on behalf of Defendants Thomas Pristow and Kerry Winterer, (filing no. 32), is granted.

December 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge