IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI LEITING-HALL, individually and on behalf of herself and all others similarly situated; and ASHLEY DANKLEFF,<br><br>        Plaintiffs,<br><br>  vs.<br><br>KERRY WINTERER, et.al;<br><br>        Defendants. | **4:14CV3155**<br><br>**ORDER** |

During the conference with counsel held today, the defendants indicated that due to transitions in leadership, they are not prepared to move forward with any discussions of settlement. Therefore, the case must be progressed through litigation. With the parties' consent,

IT IS ORDERED:

1) The parties may engage in full discovery.

2) The plaintiffs' anticipated motion for summary judgment and/or motion for preliminary injunction shall be filed on or before April 17, 2015. Within 10 days following the ruling on that motion, the parties shall contact my chambers to set a case progression scheduling conference for final resolution of this case.

January 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge