IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI LEITING-HALL, individually and on behalf of herself and all others similarly situated, and ASHLEY DANKLEFF,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>KERRY WINTERER, as Chief Executive Officer of the Nebraska Department of Health and Human Services, and THOMAS PRISTOW, as Director of the Division of Children and Family Services, Nebraska Department of Health and Human Services,<br><br>　　　　　　　　Defendants. | 4:14-CV-3155<br><br>MEMORANDUM AND ORDER |

　　　This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 47) recommending that the Court grant the plaintiffs' Amended Motion for Class Certification (filing 20). The Court has conducted a de novo review of the Magistrate Judge's proposed findings and recommendations, *see* 28 U.S.C. § 636(b)(1), and will adopt them.

　　　Specifically, I have reviewed the Magistrate Judge's thorough and well-reasoned opinion, as well as the parties' submissions to the Magistrate Judge and briefing on the defendants' objection (filing 53) to the findings and recommendation. The defendants did not, in objecting, raise new arguments requiring any separate analysis, and the Court finds the defendants' arguments to be without merit for the reasons explained by the Magistrate Judge. The Court will, therefore, grant the plaintiffs' motion for class certification for the reasons recommended by the Magistrate Judge.

　　　This case should proceed as promptly as possible. The plaintiffs have made serious allegations affecting potentially thousands of SNAP-eligible individuals. This case should be monitored, briefed, and decided with appropriate speed.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 47) are adopted.

2. The defendants' objection (filing 53) to the findings and recommendation is overruled.

3. The plaintiffs' Amended Motion for Class Certification (filing 20) is granted.

Dated this 31st day of March, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge