IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI LEITING-HALL, AND individually and on behalf of herself and all others similarly situated; and ASHLEY DANKLEFF, <br><br> Plaintiffs, <br><br> vs. <br><br> KERRY WINTERER, et. al; <br><br> Defendants. | 4:14CV3155 <br><br> ORDER |

IT IS ORDERED:

The motion to permit Mary Ann Harvey to withdraw as counsel on behalf of Plaintiffs, (filing no. 89), is granted.

September 28, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge