IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI LEITING-HALL, AND individually and on behalf of herself and all others similarly situated; and ASHLEY DANKLEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>KERRY WINTERER, as Chief Executive Officer of the Nebraska Department of Health and Human Services; et. al;<br><br>Defendants. | 4:14CV3155<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Danielle L. Jones, as counsel of record for Defendants (filing no. 97), is granted.

December 22, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge